COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In re Progressive County Mutual Insurance Company

Appellate case number:   01-14-00199-CV

Trial court case number:  2012-57537

Trial court:             215th District Court of Harris County

     The Court **requests** a response from the Real Party in Interest to Relator's Amended Petition for Writ of Mandamus. The response, if any, should be filed within 25 days from the date of this order.

     It is so ORDERED.


Judge's signature: /s/ Harvey Brown
                 X  Acting individually     ☐ Acting for the Court


Date: March 11, 2014